**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **NEAL E. HARRIS, III,** ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **No. 3:09-CV-2270-O-BH** |
| ) | |
| **DALLAS COUNTY,** ) | |
| **Defendant.** ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. In addition, the Court notes it has been nineteen days since the Magistrate Judge entered her findings and recommendation, and Plaintiff has not filed any objections.

**SIGNED** this **9th** day of **February, 2010**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**